WALTER W. STOWE, APPELLANT, vs. THE MAPES FORMULA AND PERUVIAN GUANO COMPANY, APPELLEES.

Where appellant has neglected to assign errors, and there seems to be no errors in the record, the judgment will be affirmed on motion of appellee.

Appeal from the Circuit Court for Duval county.

*H. H. Buckman* for the motion.

By the court:

It appearing upon inspection of the record and files that the appellant has neglected to assign errors, and upon reading and considering the record of the judgment of the Circuit Court, there seems to be no error thereon, on motion of the attorney of respondents the said judgment is affirmed with costs.